NO. 07-08-0445-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 30, 2009
                                       ______________________________

JOHN D. FAILS, JR., APPELLANT

V.

DENISE DESHIELDS, ET AL., APPELLEES
_________________________________

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NO. 096704-00-A; HONORABLE HAL MINER, JUDGE
_______________________________


Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
ON MOTION TO DISMISS 
          Appellant, John D. Fails, Jr., has filed a motion to dismiss all claims against
appellee, Denise DeShields. Having received no objection from any other party to the
appeal and no decision of this Court having been delivered to date, we grant the motion. 
Accordingly, Fails’s claims against DeShields are dismissed. Tex. R. App. P. 42.1(a)(1),
(b). No motion for rehearing will be entertained in regard to these claims.


                                                                           Per Curiam